Argued and submitted December 6, 1991; resubmitted In Banc September 9, affirmed November 12, 1992

MARGERY LORRAINE BURNAM,
*Respondent,*

*v.*

STATE OF OREGON,
*Appellant.*

(90-05-161 CV; CA A66808)

840 P2d 1376

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Nancy Nickel, Canyon City, argued the cause and filed the brief for respondent.

PER CURIAM

Affirmed. *Goodwin v. State of Oregon*, 116 Or App 279, 840 P2d 1372 (1992).

Edmonds, J., dissenting.

**EDMONDS, J.,** dissenting.

I dissent for the reasons expressed in *Goodwin v. State of Oregon*, 116 Or App 279, 840 P2d 1372 (1992).